UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENN-STAR INSURANCE COMPANY,
                               Plaintiff,

-v-

LORING PLACE REALTY LLC, *et al.*,
                               Defendants.

22-CV-1154 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The parties appeared for a telephone conference on May 2, 2024. As ordered on the telephone conference, all claims against Third-Party Defendant The Phoenix Insurance Company are hereby dismissed without prejudice.

All discovery shall be completed by July 12, 2024. Counsel for the parties are directed to file a joint status letter by August 16, 2024, including a proposed briefing schedule for motions for summary judgment.

SO ORDERED.

Dated: May 2, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge